UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THERISA REYNA,<br><br>    Plaintiffs,<br>v.<br><br>JOE REYNA, *et al.*,<br><br>    Defendants. | No. C 10-04118 LB<br><br>**ORDER RE FILING CONSENT OR DECLINATION FORM** |

On September 30, 2010, the Court issued an order directing the parties to file a form informing the Court whether they consent to Magistrate Judge Beeler's jurisdiction or request reassignment of this case to a United States District Judge. *See* ECF No. 7. Plaintiff and Defendant FDIC have filed consents. *See* ECF Nos. 8, 10. However, Defendant Joe Reyna and JP Morgan Chase Bank have not filed either a consent or declination form. Accordingly, Mr. Reyna and JP Morgan Chase Bank shall file either the attached consent or declination form by October 29, 2010. If the Court does not receive consents by this date, the Court will submit the case for reassignment to a United States District Judge. Further, the current docket indicates that Mr. Reyna is an active defendant in this case. Because counsel for Mr. Reyna has not entered an appearance and Mr. Reyna has not appeared pro se, the Court directs Plaintiff to serve a copy of this order on Mr. Reyna.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THERISA REYNA,<br><br>        Plaintiff(s),<br>v.<br>JOE REYNA,<br><br>        Defendant(s). | No. C 10-04118 LB<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

The parties have not filed written consents to Judge Beeler's jurisdiction. The parties also have the right to have their case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or request reassignment to a United States District Judge. Each party shall file either a consent or declination form attached to this Order by October 29, 2010.

**IT IS SO ORDERED.**

Dated: October 22, 2010

                                                            LAUREL BEELER<br>
                                                            United States Magistrate Judge

ORDER (C 10-04118)

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THERISA REYNA, | No. C 10-04118 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| JOE REYNA, | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____  _____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

C 10-04118 LB

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THERISA REYNA,<br><br>　　Plaintiff(s),<br><br>　v.<br>JOE REYNA,<br><br>　　Defendant(s).<br>_____/ | No.  C 10-04118 LB<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____　　　　　　　Signature_____

　　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")

C 10-04118 LB