DAVID W. GINN (State Bar No. 124894)
LAW OFFICES OF DAVID W. GINN
1981 North Broadway, Suite 275
Walnut Creek, CA  94596
Telephone:  (925) 256-4466
Facsimile:  (925) 256-4423

Attorneys for Plaintiff Therisa Reyna

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THERISA REYNA,<br><br>   Plaintiff,<br><br> v.<br><br>JOE REYNA; WASHINGTON MUTUAL BANK, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. C10-04118-lb<br><br>**ORDER GRANTING MOTION REMANDING REMOVED ACTION TO STATE COURT.**<br>**[28 U.S.C. 1447(c)]**<br><br>~~Date: December 16, 2010~~<br>~~Time: 11:00 a.m.~~<br>Dept: Courtroom 4, 3rd Floor |

On October 29, 2010, Plaintiff filed a Motion to Remand this action to state court.  ECF No. 16. ~~This matter came on for hearing on December 16, 2010, on Plaintiff Therisa Reyna's duly noticed motion for an order remanding this action to state court.~~  On November 24, 2010, Mikel A. Glavinovich of AlvaradoSmith filed a Notice of Non-Opposition to Plaintiff's Motion for Remand on behalf of Defendant J.P. Morgan Chase Bank, N.A.  The court has read the papers submitted in support of the motion, and good cause appearing:

IT IS ORDERED THAT:

 1. The motion of Plaintiff Therisa Reyna is GRANTED.

 2. The case is remanded to Alameda County Superior Court for the State of California for further proceedings and the Clerk of Court is directed to forward the case file and all other appropriate documents to that Court.

3. The hearing set for 12/16/10 is **VACATED.**

Dated:   11/29/10                    _____
                                     UNITED STATES DISTRICT MAGISTRATE JUDGE

*[GRANTED stamp signed by Judge Laurel Beeler; seal of United States District Court, Northern District of California]*